# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
## (SOUTHERN DIVISION)

| | |
|---|---|
| **HARTFORD FIRE INSURANCE COMPANY**   * <br> as subrogee of <br> **MVF 700 NFA, LLC and DNIP4 700 NFA, LLC**   * <br> One Hartford Plaza <br> Hartford, Connecticut 06155             * <br><br>      *Plaintiff,*                     * <br><br> v.                                       *     Case No.: _____ <br><br> **PHOENIX STEEL ERECTORS, INC.**      * <br> 1320 University Boulevard <br> Gainesville, Virginia 20155            * <br><br>      *Defendant.*                 * | |

     *    *    *    *    *    *    *    *    *    *    *    *

## **DEFENDANT'S NOTICE OF REMOVAL**

The Defendant, Phoenix Steel Erectors, Inc.*,* by and through undersigned counsel, and pursuant to 28 U.S.C. §§ 1332 and 1446, hereby files this Notice of Removal from the Circuit Court for Montgomery County, Maryland, to the United States District Court for the District of Maryland, Southern Division, and in support thereof state as follows:

     1.     The Plaintiff initiated the present action against the Defendant in the Circuit Court for Montgomery County, Maryland, Civil Action No. C-15-CV-24-003924, on or about July 25, 2025, alleging negligence, breach of contract with an intended third-party beneficiary, and breach of warranty.

     2.     The Defendant received the Complaint on or about August 18, 2025.

     3.     Pursuant to 28 U.S.C. §1446(b)(1), this notice is being filed within 30 days of the Defendants' receipt of the Plaintiffs' initial pleadings.

4. Plaintiff is a corporation organized and existing under the laws of the State of Connecticut and maintains its principal place of business in Connecticut.

5. Defendant Phoenix Steel Erectors, Inc. is a corporation organized and existing under the laws of the State of Virginia and maintains its principal place of business in Virginia.

6. This Court has original jurisdiction pursuant to 28 U.S.C. § 1332. There is true diversity of citizenship, and the amount in controversy exceeds $75,000, exclusive of costs and interest.

7. A copy of the Writ of Summons, Scheduling Order, Scheduling Notice and Order of Court, Order for Mandatory Pre-Trial Hearing and Complaint filed in the Circuit Court and the subsequently issued Summons are attached hereto as **Exhibits A, B, C, D, and E respectively.**

8. Defendant will file and serve its responsive pleadings to the Complaint as required by the Federal Rules.

9. A true and correct copy of the Notice of Filing of Removal, which has been filed contemporaneously in the Maryland Circuit Court Action, is attached hereto as **Exhibit F.**

Respectfully Submitted,

*/s/ Joshua B. Keyser*
Joshua B. Keyser, Esq. (# 31406)
Justin S. Dunbar, Esq. (# 27699)
NILES, BARTON & WILMER, LLP
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202
Tel.: (410) 783-6432
Fax: (410) 783-6483
jbkeyser@nilesbarton.com
jsdunbar@nilesbarton.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I CERTIFY that on this 17th day of September, 2025, a copy of this Notice of Removal to the United States District Court for the District of Maryland (Southern Division) was served via PACER and electronic mail on the following counsel of record:

Robert D. Anbinder, Esq. (# 10885)
P.O. Box 65354
Baltimore, Maryland 21209
Tel.: (410) 916-7469
rdaattorney@gmail.com
*Counsel for Plaintiff*

                                            */s/ Joshua B. Keyser*
                                            Joshua B. Keyser, Esq. (# 31406)